IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-353 |
| ) | |
| KEN ANDREW GUNIA, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 27th day of February, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered October 6, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, March 10, 2009 at 1 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:  Michael L. Ivory,
     Assistant United States Attorney

     Martin A. Dietz, Esquire
     3600 Grant Building
     Pittsburgh, PA 15219

     U.S. Marshal

     U.S. Pretrial Services

     U.S. Probation