IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) | Criminal No. 08-353 |
| | ) ) | |
| KEN ANDREW GUNIA, | ) ) | |
| Defendant | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST KEN ANDREW GUNIA

AND NOW, this 24 day of April, 2009, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Ken Andrew Gunia in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 924(d)(1): Rossi .38 caliber revolver, Model M-685, bearing serial number AA119146; Intratec 9mm caliber pistol, Model Tec DC9, bearing serial number D069550; and Jennings .22 caliber pistol, Model J-22, bearing serial number 720160.

2. This Order of Forfeiture Against Ken Andrew Gunia is made part of the criminal judgment against Ken Andrew Gunia and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_____
J.