IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-353 |
| | ) | |
| KEN ANDREW GUNIA | ) | |

## FINAL ORDER OF FORFEITURE

AND NOW, this _17_ day of _July_, 2009, it is hereby ORDERED,

ADJUDGED and DECREED that Rossi .38 caliber revolver, Model M-685, bearing serial

number AA119146; Intratec 9mm caliber pistol, Model Tec DC9, bearing serial number

D069550; and Jennings .22 caliber pistol, Model J-22, bearing serial number 720160 are

forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) for disposition in accordance

with federal law, free and clear of all right, title and interest of any person or entity, including

without limitation Ken Andrew Gunia.

United States District Court